# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

In re: Timothy O. Avery and Julie S. Scopazzi, Debtors

Case No. 11-52363
Chapter 13

## AMENDMENT COVER SHEET

Amendment(s) to the following petition, list(s), schedule(s) or statement(s) are transmitted herewith:
Schedule C-Amended

NOTICE OF BANKRUPTCY FILING TO AFFECTED PARTIES:

Pursuant to Federal Rule of Bankruptcy Procedure 1009(a), I certify that notice of the bankruptcy filing has been given this date to any and all entities affected by the amendment as follows:

| | |
|---|---|
| Bayview Loan Servicing<br>PO Box 331409<br>Miami, FL 33233-1409 | Wells Fargo Home Equity<br>PO Box 31557<br>Billings, MT 59107 |
| FIA Card Services, N.A.<br>1320 Willow Pass Road, Suite 730<br>Concord, CA 94520 | Electronic Service on all registered participants, including, without limitation:<br><br>**Devin Durham-Burk, Chapter 13 Trustee** |
| Wells Fargo Bank, N.A.<br>Home Equity Group<br>X2303-01A – 1 Home Campus<br>Des Moines, IA 50328-0001 | |

Date: May 4, 2011

/s/ Anita L. Steburg
Anita L. Steburg, SBN 245933
Attorney for Debtors
Steburg Law Firm
1798 Technology Drive, Suite 258
San Jose, CA 95110
(408) 573-1122  Fax: (408) 573-1126
anita@steburglawfirm.com

B6C (Official Form 6C) (04/10)

In re  Timothy Otis Avery & Julie Sandra Scopazzi   Case No. 11-52363
        **Debtor**                                    **(If known)**

AMENDED

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)

☐ 11 U.S.C. § 522(b)(2)           ☐ Check if debtor claims a homestead exemption that exceeds $146,450*.
☑ 11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| Checking account XXXX-69655 | C.C.P. 703.140(b)(5) | 5,000.00 | 5,000.00 |
| Primary Residence 3 Bd. 2 Ba. 2,251 Sqft. | C.C.P. 703.140(b)(5) | 1.00 | 740,000.00 |
| Furniture for 2250 square foot house | C.C.P. 703.140(b)(3) | 3,000.00 | 3,000.00 |
| Camping equipment | C.C.P. 703.140(b)(3) | 750.00 | 750.00 |
| 401k | C.C.P. 703.140(b)(10)(E) | 26,480.00 | 26,480.00 |
| 60% membership interst of SVSSM, LLC | C.C.P. 703.140(b)(5) | 1,000.00 | 1,000.00 |
| Tim's State Farm term life insurance policy | C.C.P. 703.140(b)(7) | 0.00 | 0.00 |
| 2004 Acura TL | C.C.P. 703.140(b)(2) C.C.P. 703.140(b)(5) | 3,525.00 4,475.00 | 8,000.00 |
| 1990 Nissan Pathfinder | C.C.P. 703.140(b)(5) | 1,000.00 | 1,000.00 |
| 1997 BMW Z3 | C.C.P. 703.140(b)(5) | 2,400.00 | 2,400.00 |
| Tim's personal lap top computer | C.C.P. 703.140(b)(5) | 100.00 | 100.00 |
| iPad | C.C.P. 703.140(b)(5) | 200.00 | 200.00 |
| Julie's office equipment and supplies personally owned | C.C.P. 703.140(b)(6) | 300.00 | 300.00 |
| wine | C.C.P. 703.140(b)(5) | 4,999.00 | 5,000.00 |
| 4 Bicycles | C.C.P. 703.140(b)(5) | 250.00 | 250.00 |
| Tim's American Heritage term life insurance policy | C.C.P. 703.140(b)(7) | 0.00 | 0.00 |

*Amount subject to adjustment on 4/1/13 and every three years thereafter with respect to cases commenced on or after the date of adjustment.

In re   Timothy Otis Avery & Julie Sandra Scopazzi                Case No.  11-52363
　　　　　　Debtor                                                              (If known)

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT
(Continuation Page)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---:|---:|
| Time Share / The Grand Myan - Mexico | C.C.P. 703.140(b)(5) | 1.00 | 1.00 |
| Time Share / Quinta Del Golfo - Mexico | C.C.P. 703.140(b)(5) | 1.00 | 1.00 |
| Wedding rings, watches, jewelery | C.C.P. 703.140(b)(4)<br>C.C.P. 703.140(b)(5) | 1,425.00<br>3,823.00 | 27,000.00 |
|  | Total exemptions claimed: | 58,730.00 |  |

**AMENDED**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re: Timothy O. Avery and Julie S. Scopazzi, Debtors

Case No. 11-52363
Chapter 13

I declare under penalty of perjury that I have read the foregoing document(s), consisting of **4** page(s), and that they are true and correct to the best of my knowledge, information, and belief.

Date **May 1, 2011**  Signature **/s/ Timothy O. Avery**
**Timothy O. Avery**
Debtor

Date **May 1, 2011**  Signature **/s/ Julie S. Scopazzi**
**Julie S. Scopazzi**
Debtor

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.