Form 210A (12/09)  BL8275105

# UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

In re JULIE SANDRA SCOPAZZI    Case No. 11-52363-SLJ-13

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| eCAST Settlement Corporation | FIA Card Services aka Bank of America |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

eCAST Settlement Corporation
POB 29262
New York, NY 10087-9262

Court Claim # (if known): 4
Amount of Claim: $1,227.18
Date Claim Filed: 04/07/2011

Phone: 610-644-7800
Last Four Digits of Acct #: 6077
Last Four of Alternate Acct #: 3409

Phone: 800-671-2115
Last Four Digits of Acct #: 6077
Last Four of Alternate Acct #: 3409

Name and Address where transferee payments should be sent (if different from above):

Phone:
Last Four Digits of Acct #:

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:   /s/ ALANE A. BECKET    Date: 05/04/2011

Alane A. Becket, Esquire, PA65451
Becket & Lee LLP, Attorneys/Agent for Creditor

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

BAC10204

