Form 210A (12/09)

# United States Bankruptcy Court

NORTHERN DISTRICT OF CA

In Re: AVERY; TIMOTHY OTIS            Case No. 1152363

**TRANSFER OF CLAIM OTHER THAN FOR SECURITY**

A CLAIM HAS BEEN FILED IN THIS CASE, or deemed filed under 11 U.S.C. § 1111 (a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in the evidence and notice.

| | |
|---|---|
| PRA Receivables Management, LLC., as agent of Portfolio Recovery Associates, LLC<br>------------------------------------------<br>Name of Transferee | FIA CARD SERVICES, N.A.<br>------------------------------------------<br>Name of Transferor |
| Name and Address where notices to transferee should be sent:<br>POB 41067<br>Norfolk, VA 23541 | Court Claim # (if known): 5<br>Amount of Claim: $43,677.40<br>Date Claim Filed: 04/07/2011 |
| Phone: (877)829-8298<br>Last Four Digits of Acct # : 3067 | Phone:<br>Last Four Digits of Acct #: |
| Name and Address where transferee payments Should be sent (if different from above)<br>POB 12914<br>Norfolk, VA 23541 | Seller Information<br>FIA CARD SERVICES, N.A.<br>655 Paper Mill Road<br>Newark DE 19711 |
| Phone: (877)829-8298<br>Last Four Digits of Acct # : 3067 | |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of knowledge and belief.

By: /s/ Carol E. Hardy            Date: 6/6/2011
    ------------------------------------------
    Transferee/Transferee's Agent

*Penalty for making a false statement*: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571