

```
American Express
Attn: Bankruptcy Dept.
PO Box 29781
Fort Lauderdale, FL 33329


Bank of America
Attn: Bankruptcy Dept.
PO Box 17057
Wilmington, DE 19850


Bayview Loan Servicing
PO Box 331409
Miami, FL 33233-1409


Chase
Attn: Bankruptcy Dept.
PO Box 15298
Wilmington, DE 19850


Enhanced Recovery Company
8014 Bayberry Road
Jacksonville, FL 32256-7412


FIA Card Services
Attn: Bankruptcy Dept.
PO Box 17054
Wilmington, DE 19850


FIA Card Services, N.A.
1320 Willow Pass Road, Suite 730
Concord, CA 94520


Franchise Tax Board
Bankruptcy Unit
PO  Box 2952
Sacramento, CA 95812-2952


Franchise Tax Board
Bankruptcy Unit
PO  Box 2952
Sacramento, CA 95812-2952
```



Franchise Tax Board
Bankruptcy Unit
PO  Box 2952
Sacramento, CA 95812-2952


Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346


Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346


Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346


Kinsey Avery
1253 West 5th St., Apt. 50
Chico, CA 95928


Law Offices of Michael & Associates
555 St. Charles Drive
Suite 204
Thousand Oaks, CA 91360


Northstar Location Services
4285 Genesee Street
Cheektowaga, NY 14225-1943


Primary Financial Services
3115 North 3rd Avenue
Suite 112
Phoenix, AZ 85013


Quinta Del Golfo
Concord Servicing Corp.
PO Box 29352
Phoenix, AZ 85038-9352



```
The Grand Mayan
Desarrollo Marina Vallarta S.A. de C.V.
PO Box 911841
Dallas, TX 75391-1841


Tiburon Financial
PO Box 770
Boystown, NE 68010-0770


Tina Scopazzi
54 Camino Alto
Millbrae, CA 94030


Wells Fargo
Attn: Bankruptcy Dept.
PO Box 31557
Billings, MT 59107


Wells Fargo
Attn: Bankruptcy Dept.
PO Box 31557
Billings, MT 59107


Wells Fargo Home Equity
PO Box 31557
Billings, MT 59107


Zwicker & Associates
1320 Willow Pass Road
Suite 730
Concord, CA 94520
```



UNITED STATES BANKRUPTCY COURT
Northern District of California

In re   Timothy Otis Avery & Julie Sandra Scopazzi    ,
                               Debtor

Case No.   11-52363

Chapter   13

# VERIFICATION OF LIST OF CREDITORS

I hereby certify under penalty of perjury that the attached List of Creditors which consists of 3 pages, is true, correct and complete to the best of my knowledge.

Date  5/10/2011                    Signature         /s/ Timothy Otis Avery
                                   of Debtor         TIMOTHY OTIS AVERY

Date  5/10/2011                    Signature         /s/ Julie Sandra Scopazzi
                                   of Joint Debtor   JULIE SANDRA SCOPAZZI

Anita L. Steburg
Steburg Law Firm
1798 Technology
Drive, Suite 258
San Jose, CA 95110
(408) 573-1122
(408) 573-1126